_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LONNIE DEE CROCKETT,<br><br>  Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:06 CR 00602<br><br>Judge Dee Benson |

On March 11, 2002, defendant Lonnie Dee Crockett was sentenced to a 30-month term of imprisonment followed by a 36-month term of supervised release for conspiracy to defraud the United States.  The case is before the Court on defendant's motion for early termination of supervised release.  The United States Probation Office and the United States Attorney's Office oppose the motion.  For the following reasons, defendant's motion is denied.

The Court may terminate the term of supervised release "and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583 (e)(1).  In making this determination, the Court must consider several factors, including the nature and circumstances of the original offense, the history and characteristics of the defendant, the need for deterrence, the need for protection of the public from further crimes of the defendant, the need for rehabilitative or corrective training, the Guideline factors and range for the original sentence, pertinent policy statements of the Sentencing Commission pertaining to supervised release, and sentencing disparities with other defendants with similar

records who are guilty of similar offenses.  See 18 U.S.C. § § 3553(a), 3585(e).

Mr. Crockett commenced his period of supervised release on September 12, 2005.  His motion, filed on May 29, 2007, demonstrates that defendant has satisfied the one-year threshold requirement for early termination.  However, aside from the expiration of one year of his term of supervised release, Mr. Crockett has failed to provide any reason that would justify granting his motion.  Moreover, Mr. Crockett continues to owe a significant fine, in excess of $60,000.00.  A defendant's unsatisfied financial obligations militates against early termination.

Defendant's motion is DENIED.

Dated this 26th day of July, 2007.

_____
Dee Benson
United States District Court Judge