IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH – CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE DEE CROCKETT,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:06-CR-602<br><br>Judge Dee Benson |
|---|---|

Before the Court is Defendant Lonnie Dee Crockett's Renewed Motion for Early Termination of Probation/Supervised Release pursuant to 18 U.S.C. § 3583(e) and § 3553, of which the government opposes. The Defendant was sentenced on March 11, 2002 to a 30-month term of imprisonment followed by a 36-month term of supervised release for conspiracy to defraud the United States. After careful consideration of the factors identified in § 3585(e), the Court declines to grant the Defendant's motion. Given that there exists a remaining balance on the fine imposed, and because the Defendant did not successfully complete his period of supervision imposed on a prior conviction, the Court finds the interest of justice does not warrant the termination of supervised release at this time.

The Defendant's motion is DENIED.

IT IS SO ORDERED.

Dated this 14th day of March, 2008.

Dee Benson
United States District Judge